BESSIE CAWLEY, Respondent, v. VALLEY STREAM HOUSE AND HOME COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.; Scott and Shearn, JJ., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK McSHERRY, Appellant.— Judgment reversed and new trial ordered. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.; Laughlin, J., dissented.